# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 4, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

149989

WYANDOTTE ELECTRIC SUPPLY,
      Plaintiff-Appellee,

v

      SC: 149989
      COA: 313736
      Wayne CC: 11-003015-CK

ELECTRICAL TECHNOLOGY SYSTEMS, INC.,
      Defendant/Cross-Defendant,

and

KEO & ASSOCIATES, INC.,
      Defendant/Cross-Plaintiff-
      Appellant,

and

WESTFIELD INSURANCE COMPANY,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the July 15, 2014 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall include among the issues to be briefed: (1) whether the plaintiff served on the principal contractor the 30-day notice within the meaning of MCL 129.207; (2) whether the plaintiff is entitled to damages, if any, that include a time-price differential and attorney fees; and (3) whether MCL 600.6013(7) is applicable to the judgment in this case.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 4, 2015 _____



             Clerk

p0128